FILED
October 14, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARK ANTHONY ZAVALA, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> ELBERT REED and AARON § <br> GABRIEL MARTINEZ, § <br> § <br> Defendants. § | NO. SA-25-CV-00567-OLG |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed July 16, 2025, concerning pro se Plaintiff Mark Anthony Zavala's proposed complaint. (*See* R&R, Dkt. No. 8.)

A party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days. FED. R. CIV. P. 72(b)(2). Plaintiff timely filed objections to the R&R on July 24, 2025 (*see* Dkt. No. 11).[1]

When a party objects to an R&R, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the

---

[1] The Court notes that on August 7, 2025, Plaintiff filed another document containing objections to the R&R. (*See* Dkt. No. 15.) Because Plaintiff was served with a copy of the R&R on July 22, 2025 (*see* Dkt. No. 13), his deadline to submit objections was August 5. However, the Court has reviewed his subsequent filing and finds that it does not affect the Court's ruling herein.

Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Although Plaintiff's objections are unclear, the Court has nevertheless conducted a de novo review of the recommendation and finds that it is in all things correct and should be accepted. Accordingly, the Court **ADOPTS** Judge Chestney's R&R (Dkt. No. 8) and, for the reasons set forth therein, this case is **DISMISSED** pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted.

This case is **CLOSED**, and any pending motions are **DISMISSED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this 14 day of October 2025.

_____
ORLANDO L. GARCIA
United States District Judge